IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br><br> Plaintiff, <br><br> V. <br><br> AMERICAN AIRLINES, INC.; AMERICAN BEACON ADVISORS, INC.; FEDEX CORPORATION; FEDERAL EXPRESS CORPORATION; FEDEX CORPORATE SERVICES, INC.; FEDEX CUSTOMER INFORMATION SERVICES, INC.; HILTON HOTELS CORPORATION; HILTON RESERVATIONS WORLDWIDE, LLC; HILTON HHONORS WORLDWIDE, LLC; MARRIOTT INTERNATIONAL, INC.; MARRIOTT WORLDWIDE RESERVATION SERVICES, LLC; NATIONAL RAILROAD PASSENGER CORPORATION, DBA AMTRAK, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § <br><br> Case No. 2:06CV334-DF <br> (JURY) |

**DEFENDANTS', FEDEX CORPORATION, FEDERAL EXPRESS CORPORATION, FEDEX CORPORATE SERVICES, INC. AND FEDEX CUSTOMER INFORMATION SERVICES, INC. UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S, RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <u>COMPLAINT FOR PATENT INFRINGEMENT</u>**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants, FedEx Corporation, Federal Express Corporation, FedEx Corporate Services, Inc. and FedEx Customer Information Services, Inc., (collectively "Defendants"), without waiving any defenses or any matters that might be presented pursuant to Federal Rule of Civil Procedure 12(b), file this Unopposed Motion for Extension of Time to Answer or Otherwise

Respond to Plaintiff Ronald A. Katz Technology Licensing, L.P.'s ("RAKTL's") Complaint for Patent Infringement and would show the Court as follows:

Defendants were served with a copy of RAKTL's Complaint for Patent Infringement on August 24, 2006. The current deadline for Defendants to file their answer is September 13, 2006.

RAKTL's Complaint accuses Defendants of infringing sixteen (16) of the twenty (20) patents-in-suit. Plaintiff's claims for patent infringement present complex issues and Defendants require additional time to respond to the Complaint.

Defendants respectfully request the Court to extend the date on or before which they must file their Answer or to otherwise respond to Plaintiff Ronald A. Katz Technology Licensing, L.P.'s Complaint for Patent Infringement until October 16, 2006. Counsel for Defendants has conferred with Plaintiff RAKTL's counsel, and counsel has indicated that RAKTL does not oppose this Motion, and has agreed to the proposed extension.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that this Court grant Defendants' motion.

DATED:  September 13, 2006                Respectfully submitted,

By: /s/ S. Calvin Capshaw
    S. Calvin Capshaw
    State Bar No. 0378390
    BROWN MCCARROLL, LLP
    1127 Judson Road, Suite 220
    P.O. Box 3999 (75606-3999)
    Longview, Texas 75601-5157
    Telephone:  (903) 236-9800
    Facsimile:   (903) 236-8787
    E-mail:  ccapshaw@mailbmc.com

    OF COUNSEL:
    Jeffrey A. Berkowitz
    Virginia State Bar No. 65149
    James J. Boyle
    Virginia State Bar No. 43870

        FINNEGAN, HENDERSON, FARABOW, GARRETT &
        DUNNER, LLP
        Two Freedom Square
        11955 Freedom Drive
        Reston, VA 20190-5675
        Telephone: (571) 203-2700
        Facsimile: (202) 408-4400
        E-mail: jeffrey.berkowitz@finnegan.com
        E-mail: james.boyle@finnegan.com

        Richard L. Stroup
        DC Bar No. 924696
        FINNEGAN, HENDERSON, FARABOW, GARRETT &
        DUNNER, LLP
        901 New York Avenue NW
        Washington, DC 20001-4413
        Telephone: (202) 408-4000
        Facsimile: (202) 408-4400
        E-mail: richard.stroup@finnegan.com

        ATTORNEYS FOR
        FEDERAL EXPRESS DEFENDANTS

## CERTIFICATE OF SERVICE

     I hereby certify that the following counsel of record who are deemed to have consented to electronic service are being served this 13th day of September, 2006, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                /s/ S. Calvin Capshaw